USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARK EMPLOYEES' AND RETIREMENT BOARD EMPLOYEES' ANNUITY AND BENEFIT FUND OF CHICAGO,

                Plaintiff,

                v.

ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, and PAUL V. CAMPANELLI,

                Defendants.

20-mc-329 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 18, 2020, Plaintiff Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago filed a motion to quash a Rule 45 subpoena issued by Defendants Endo International plc, Rajiv Kanishka Liyanaarachchie De Silva, Suketu P. Upadhyay, and Paul v. Campanelli—all of whom are Defendants in litigation pending in Philadelphia, *Pelletier v. Endo International plc, et al.,* No. 17-cv-5114 (E.D. Pa.) (Baylson, J.) (the "Philadelphia Action")—to Virtu Financial, Inc. ("Virtu"), a non-party. On September 24, Defendants filed a letter consenting to transferring the motion to the Eastern District of Pennsylvania pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* Dkt. 12. On October 2, 2020, Virtu filed the attached letter indicating that it, too, consents to transfer of this case to the Eastern District of Pennsylvania. Moreover, no party has shown cause why "extraordinary circumstances" do not justify transfer pursuant to Rule 45(f). *See* Dkt. 15.

    Accordingly, for the reasons set forth in the Court's September 28, 2020 Order, *id.*, the Court hereby orders this case to be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully directed to immediately transfer the case, notwithstanding the

requirements of Local Rule 83.1, to terminate ECF No. 1, and to close the case in this District.

SO ORDERED.

Dated:	October 5, 2020
	New York, New York

_____
Ronnie Abrams
United States District Judge